MOTION to dismiss an appeal from a judgment of the Supreme Court, rendered January 25, 1910, at a Trial Term for the county of Albany upon a verdict convicting the defendant of the crime of murder in the first degree.

The motion was made upon the ground of failure to perfect the appeal.

*Harold D. Alexander* for motion.

*John H. Gleason* opposed.

Motion granted, unless on or before June 1, 1910, appellant causes a return to be made with the clerk of this court and copies of the case to be served upon the respondent.

_____

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DOMINICO FERRARA, Appellant.

(Argued April 25, 1910; decided May 3, 1910.)

MOTION to dismiss an appeal from a judgment of the Supreme Court rendered January 11, 1910, at a Trial Term

for the county of 'Albany upon a verdict convicting the defendant of the crime of murder in the first degree.

The motion was made upon the ground of failure to perfect the appeal.

*Harold D. Alexander* for motion.

*Peter A. Delaney* opposed.

Motion granted, unless on or before June 1, 1910, appellant causes a return to be made with the clerk of this court and copies of the case to be served upon the respondent without prejudice to appellant's right to apply for a further extension of time, in the event of delay in the determination of the motion for a new trial.